```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/10/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,         :

                         Plaintiff,         :         01 Civ. 9056 (DAB)

     -against-         :

WAMEX HOLDINGS, INC., *et al.*,         :

                       Defendants.         :
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,         :

                         Plaintiff,         :         01 Civ. 9057 (DAB)

     -against-         :

RAMOIL MANAGEMENT, LTD., d/b/a JUMP
AUTOMOTIVE EXPERTS, INC.; *et al.*,         :

                       Defendants.         :
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,         :

                       Plaintiff,         :         01 Civ. 9058 (DAB)

     -against-         :

ABSOLUTEFUTURE.COM., *et al.*,         :

                       Defendants.         :
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,         :

                       Plaintiff,         :         01 Civ. 9059 (DAB)

     -against-         :

U.N. DOLLARS, *et al.*,         :

                       Defendants.         :
------------------------------------------------------------x

## [~~PROPOSED~~] ORDER AUTHORIZING RECEIVER'S APPLICATION TO CLOSE FUND, MAKE FINAL DISTRIBUTIONS AND FOR RELATED RELIEF

Upon the application of Jeffrey B. Sklaroff, the Receiver herein, dated December 2, 2015, for an Order authorizing him to close the Settlement Fund, make final distributions and for related relief (the "Application"), and sufficient cause appearing therefore, it is hereby:

ORDERED, that the Clerk of the Court be, and hereby is, directed to release the sum of $574,568.16 from the funds he is presently holding in this action in the Court Registry Investment System to Jeffrey B. Sklaroff, Receiver, made payable to the "SEC v. Wamex Settlement Fund," to be promptly deposited by the Receiver into his distribution account at Signature Bank, to permit the Receiver to make payment to those claimants identified in paragraph 11 of the Application; and it is further

ORDERED, that the Clerk of the Court be, and hereby is, directed to release the sum of $81,650.00 from the funds he is presently holding in this action in the Court Registry Investment System to Greenberg Traurig, LLP as payment for its fees for the period from November 1, 2014 through November 15, 2015 and the sum of $27.42 as payment of Greenberg Traurig's expenses for this same time period; and it is further

ORDERED, that Clerk of the Court be, and hereby is, directed to release the sum of $41,820.00 from the funds he is presently holding in this action in the Court Registry Investment System to Greenberg Traurig, LLP representing an adjustment to its hourly rates as more fully set forth in the Application; and it is further

ORDERED, that the Clerk of the Court be, and hereby is, directed to release the sum of $51,447.65 from the funds he is presently holding in this action in the Court Registry Investment System to Garden City Group as payment for its fees for the period from November 1, 2014

2

through October 31, 2015 and the sum of $706.15 as payment of Garden City Group's expenses for this same time period and it is further

ORDERED, that the Clerk of the Court be, and he hereby is, directed to release the sum of $3,007.60 from the funds he is presently holding in this action in the Court Registry Investment System to Damasco & Associates, LLP ("Damasco") as payment of its fees for the period from April 1, 2014 to March 31, 2014; and it is further

ORDERED, that the following amounts shall be held in reserve by the Clerk of the Court in the Court Registry account pending further order of the Court:

(a) the sum of $25,000.00 shall be held to cover potential legal fees and costs of Greenberg Traurig, LLP, Counsel to the Receiver, and potential tax obligations of the Settlement Fund that may be incurred subsequent to the closing of the Fund;

(b) the sum of $6,700.00 shall be held to cover potential costs of Garden City Group, claims administrator, that may be incurred subsequent to the closing of the Fund; and

(c) the sum of $3,000.00 shall be held to cover the fees to be incurred by Damasco in preparing the final accounting for the Fund and the sum of $4,545.00 shall be held to cover potential tax compliance and related costs that may be incurred by Damasco subsequent to the closing of the Fund;

and it is further

ORDERED, that GCG be, and it hereby is, authorized to destroy its paper records and hard copy documents in this matter; and it is further

ORDERED, that the Clerk of the Court be, and he hereby is, directed to disburse all sums remaining in the Court Registry Investment System for these actions to the Securities and Exchange Commission after deducting the administrative fees, expenses and reserves authorized by this Order; and it is further

ORDERED, that after making the disbursements identified above, the Settlement Fund in this action shall be, and hereby is, closed.

DONE AND ORDERED in Chambers this 10th day of December, 2015.

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE